# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

**Jonathan Edward Danley**
    **Plaintiff,**

vs.

**Woofs Sports Bar; H.H.S.T. Sporting Group Ltd.; and Gregory G. Hughes, individually**
    **Defendants.**

CASE NO.: 1:16-CV-03094-RWS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JONATHAN DANLEY, and Defendants, Woofs Sports Bar; H.H.S.T. Sporting Group Ltd. and Gregory Hughes, individually, by and through their undersigned counsel, hereby stipulate to the dismissal of this action WITH PREJUDICE.

Dated this 20th day of December, 2016.

Respectfully Submitted,

/s/ Adian Miller
Adian Miller
GA Bar No. 794647
**Morgan & Morgan, P.A.**
191 Peachtree Ave N.E. Suite 4200
Atlanta, GA 30303
Telephone: (404) 496-7332
Primary Email: armiller@forthepeople.com
Counsel for Plaintiff

/s/ Warren Taylor
Warren Taylor, Esq.
Georgia Bar No. 939282
**Taylor Made Legal Solutions, LLC**
3473 Satellite Boulevard NW
Suite 202N
Duluth, GA 30096
Telephone: 678-374-1252
Email: warren@taylormadelegal.com
Counsel for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: all counsel of record.

/s/ Adian Miller
Adian Miller
GA Bar No. 794647